DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**E.D.** and **P.D.**,
Appellants,

v.

**STATE OF FLORIDA, DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D18-3672

[January 9, 2020]

Appeal from the State of Florida, Department of Children and Families; L.T. Case No. 18-031CF.

E.H.D. and P.A.D., Tamarac, pro se.

Edmund M. Haskins, Assistant Regional Legal Counsel, Department of Children and Families, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***